NATE SHORR, Plaintiff, *v.* MARWILL REALTY CORPORATION et al., Respondents, and CHARLES M. SIEGEL et al., Appellants.

Submitted January 15, 1940; decided January 23, 1940.

*Bernard Steinman* for motion.

*Ralph E. Freidus* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not final.

In the Matter of GULF OIL CORPORATION, Appellant and Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent and Appellant.

Submitted January 22, 1940; decided January 23, 1940.

Motions to amend remittitur granted to the following extent: Return of remittitur requested and when returned it will be amended by adding thereto after the words " affirmed without costs " the following: " and that in so far as the appeal taken by Joseph D. McGoldrick, as Comptroller of the City of New York, is concerned, the affirmance was on the grounds that the City Sales Tax, as applied here, violated Article 1, Section 8, Clause 3, and Article 1, Section 10, Clause 2, and Article 6, Clause 2 of the United States Constitution, and on no other grounds." (See 281 N. Y. 647; 282 N. Y. 622.)